**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAPRI D. DRAYTON, : | |
| : | |
| Plaintiff, : | Civ. No. 19-22113 (GC) (LHG) |
| : | |
| v. : | |
| : | |
| MONMOUTH COUNTY : | **MEMORANDUM & ORDER** |
| CORRECTIONAL INSTITUTION : | |
| SHERIFFS DEPARTMENT, et al., : | |
| : | |
| Defendants. : | |

**CASTNER, District Judge**

Plaintiff, Kapri D. Drayton ("Plaintiff" or "Drayton"), is a federal prisoner proceeding *pro se* with this civil action. Presently pending before this Court is Defendants' Motion for Summary Judgment (*see* ECF 37) filed on January 29, 2023.

Plaintiff's current address of record is at U.S.P. Allenwood in White Deer, Pennsylvania. However, a review of the Federal Bureau of Prisons ("BOP") online inmate locator indicates that Plaintiff is now incarcerated at U.S.P. Coleman in Coleman, Florida. *See https://www.bop.gov/inmateloc/* (last visited on March 18, 2023). Thus, the Clerk will be ordered to amend Plaintiff's address of record.

Defendants' Certificate of Proof of Service for their Motion for Summary Judgment indicates that they served their Motion on Plaintiff at U.S.P. Coleman as well as U.S.P. Allenwood. (*See* ECF 37-2). Thus, this Court deems it unnecessary to require Defendants to re-serve their Motion for Summary Judgment on Plaintiff. Nevertheless, to date, Plaintiff has not responded to Defendants' Motion for Summary Judgment. Out of the abundance of caution though, this Court

shall give Plaintiff an additional thirty (30) days from the date of this Memorandum and Order in which to file a response to Defendants' Motion for Summary Judgment. Should Plaintiff file a response in opposition to Defendants' Motion for Summary Judgment, Defendants may file a reply in support of their Motion within fourteen (14) days after Plaintiff files his response should they elect to do so.

Accordingly, IT IS on this 20th day of March, 2023,

ORDERED that the Clerk shall update Plaintiff's address of record as the following: Kapri D. Drayton, 71300-050, USP Coleman 1, U.S. Penitentiary, P.O. Box 1033, Coleman, Florida 33521; and it is further

ORDERED that Plaintiff may file his response to Defendants' pending Motion for Summary Judgment within thirty (30) days of the date of this Memorandum and Order; and it is further

ORDERED that Defendants may file a reply in support of their Motion for Summary Judgment within fourteen (14) days of the date Plaintiff files his response to their Motion for Summary Judgment should they elect to do so; and it is further

ORDERED that the Clerk shall serve this Memorandum and Order on Plaintiff at his newly updated address of record by regular U.S. mail.

*Georgette Castner*
GEORGETTE CASTNER
United States District Judge